UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 16, 2023

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| RUSSELL CAMPBELL, | : | VIOLATIONS: |
| also known as "Gizwop," | : | 18 U.S.C. § 922(n) |
| | : | (Unlawful Possession of a Firearm by an |
| Defendant. | : | Individual Under Felony Indictment) |
| | : | 18 U.S.C. § 922(g)(1) |
| | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a |
| | : | Crime Punishable by Imprisonment for a |
| | : | Term Exceeding One Year) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. § 924(d); 21 U.S.C. § 853(p); |
| | : | and 28 U.S.C. § 2461(c) |

## INDICTMENT

The Grand Jury charges that:

## COUNT ONE

On or about June 20, 2021, within the District of Columbia, **RUSSELL CAMPBELL, also known as "Gizwop,"** who was under indictment for a crime punishable by imprisonment for a term exceeding one year, that is, Superior Court for the District of Columbia, Criminal Case No. 2020-CF2-008559, did unlawfully, knowingly and willfully receive and possess firearm, that is, a Glock 45, 9mm handgun, serial number BLPU184, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm by an Individual Under Felony Indictment**, in violation of Title 18, United States Code, Section 922(n))

## COUNT TWO

On or about November 11, 2022, within the District of Columbia, **RUSSELL CAMPBELL, also known as "Gizwop,"** knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Superior Court for the District of Columbia, Criminal Case No. 2021-CF2-006023, did unlawfully and knowingly receive and possess a firearm, that is, a Zastava AK-style pistol, model PAP M85PV, bearing serial number M85PV003177, and did unlawfully and knowingly receive and possess ammunition, that is, 31 rounds of .556 caliber rounds, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1. Upon conviction of the offenses alleged in Counts One and Two of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to: a Glock 45, 9mm handgun, serial number BLPU184, with 23 rounds in the magazine, and one in the chamber, and a Zastava AK-style pistol, model PAP M85PV, bearing serial number M85PV003177, with an extended magazine holding 30 rounds of .556 caliber rounds, and one in the chamber.

2. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

(d)   has been substantially diminished in value; or

(e)   has been commingled with other property that cannot be subdivided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:

FOREPERSON.

*Matthew M. Graves /DTH*
Attorney of the United States in
and for the District of Columbia.