CO 526 Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 23-CR-161 (CRC)
)
RUSSELL CAMPBELL )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Russell Campbell_
Defendant

_[signature]_
Counsel for Defendant

I consent:

_[signature]_
Assistant United States attorney

Approved:

_[signature]_
United States District Judge

Date: 5/21/23